**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **JOHN ANTHONY ESPOSITO,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | |
| | : | **Civil Case No.  5:12-cv-00163-CAR** |
| **WARDEN, Georgia Diagnostic** | : | |
| **and Classification Prison,** | : | |
| | : | |
| **Respondent.** | : | |
| | : | |

## ORDER

Petitioner John Anthony Esposito, a prisoner incarcerated at the Georgia Diagnostic and Classification Prison in Jackson, Georgia, filed a motion for appointment of counsel.  ECF No. 108.  He requests that the Court appoint the Office of the Federal Public Defender for the Middle District of Tennessee ("FPD-TNM") as co-counsel in this case.  *Id*.  Petitioner's long-time appointed counsel, Marcia A. Widder, recently began employment as an attorney with the FPD-TNM, and cannot continue to serve as Petitioner's counsel absent the appointment of her new employer as co-counsel.[1]  *Id*. at 1.

---

[1] FPD-TNM will be co-counsel along with Georgia Resource Center and its Executive Director, Anna Arceneaux.

Ms. Widder first began representing Petitioner on September 4, 2013, while she was employed at the Georgia Resource Center and has represented him since that time. Thus, Ms. Widder is very familiar with the voluminous record in this matter and the litigation conducted over the past twelve and a half years in both federal and state court. Judicial economy would accordingly be best served by her continuation as Petitioner's counsel.

Accordingly, Petitioner's motion for the appointment of FPD-TNM as co-counsel pursuant to 18 U.S.C. § 3599 is **GRANTED**.  ECF No. 108.

**SO ORDERED**, this 16th day of April, 2026.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT